UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD COREY FOX, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:10-cv-02952-WMA-HGD |
| WARDEN GARY HETZEL ) | |
| and THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **MEMORANDUM OPINION**

On February 15, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On March 15, 2012, after obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation.  Although the petitioner's *pro se* objections to the report and recommendation do not meet the requirements of specificity, the court will give the petition *de novo* review.

After careful consideration of the record, the magistrate judge's report and recommendation, and the petitioner's objections, the court hereby ADOPTS the carefully considered report of the magistrate judge.  The court further ACCEPTS the

recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 26th day of March, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE